**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

MARTIN SIRORINE,

    Plaintiff,

v.

COLLECTION SERVICE OF NEVADA,

    Defendant.

Case No. 3:19-cv-00345-LRH-WGC

**JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

Plaintiff, MARTIN SIRORINE, and Defendant, COLLECTION SERVICE OF NEVADA, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby

///

///

///

///

///

///

stipulate, to the Dismissal With Prejudice of this action against COLLECTION SERVICE OF NEVADA, with each party to bear its own attorney's fees and costs.

DATED: December 3, 2019

Respectfully submitted,

*/s/ Joseph S. Davidson*

*/s/ Patricia Halstead (with consent)*

Joseph S. Davidson
**SULAIMAN LAW GROUP, LTD.**
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
+1 630-575-8181
jdavidson@sulaimanlaw.com

*Counsel for Martin Sirorine*

Patricia Halstead
**HALSTEAD LAW OFFICES**
615 South Arlington Avenue
Reno, Nevada 89509
+1 775-322-2244
phalstead@halsteadlawoffices.com

*Counsel for Collection Service of Nevada*

### **ORDER**

The stipulation is approved. The action against COLLECTION SERVICE OF NEVADA is hereby dismissed with prejudice.

DATED this 9th day of December, 2019.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE